Entered: April 19th, 2018
Signed: April 19th, 2018

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **18–13953 – LSS**   Chapter: **7**

**John Fitzgerald Forbes**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [1] Statement of Financial Affairs, filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Interested Party –
      Case Trustee – Steven H Greenfeld
      U.S. Trustee

**End of Order**

14x01 (rev. 02/02/2006) – mrybczynski